IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 02133 - BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

LAWRENCE RAY COOK,

Applicant,

v.

J. WANDS,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 1 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant has submitted a Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Applicant improperly submitted the Application under the case number of a previously closed case(Case No. 10-cv-01609-ZLW). Consequently, the court will commence a new action.

As part of its review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the Application is in the proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to Applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the clerk of the court mail to Applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED September 1, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02133-BNB

Lawrence Ray Cook
Reg No. 12797-047
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt** to the above-named individuals on 9/1/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk