IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02133-BNB

LAWRENCE COOK,

    Applicant,

v.

J. WANDS,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 1 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Lawrence Cook, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. Mr. Cook filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 attacking his federal conviction and sentence in the United States District Court for the District of Nebraska (District of Nebraska), the sentencing court. He paid the $5.00 filing fee.

On September 7, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Cook to show cause within thirty days why the habeas corpus application should not be denied because he had an adequate and effective remedy pursuant to 28 U.S.C. § 2255 in the District of Nebraska. The September 7 order noted that, according to the Public Access to Court Electronic Records (PACER) website, www.pacer.pcl.gov, Mr. Cook was convicted by a jury in District of Nebraska Case No. 07-cr-00339-JFB-TDT-1 of unlawful possession of ammunition as a convicted felon in violation of 18 U.S.C. § 922(g). On

February 11, 2009, he was sentenced to 204 months in prison and 5 years of supervised release. Judgment was entered on the docket on March 30, 2009. On May 7, 2010, the United States Court of Appeals for the Eighth Circuit affirmed the judgment. See *United States v. Cook*, 603 F.3d 434 (8th Cir. 2010). PACER records show that he has not filed a motion to vacate, set aside, or correct sentence pursuant to § 2255 in the District of Nebraska.

The September 7 order warned Mr. Cook that, if he failed to show cause to the Court's satisfaction within the time allowed, the application would be denied and the action dismissed without further notice. Mr. Cook has failed, within the time allowed, to show cause as directed or otherwise to communicate with the Court in any way. Therefore, the application will be denied and the action dismissed because Mr. Cook has an adequate and effective remedy pursuant to § 2255 in the sentencing court.

Accordingly, it is

ORDERED that the habeas corpus application is denied and the action dismissed because Applicant, Lawrence Ray Cook, has an adequate and effective remedy pursuant to 28 U.S.C. § 2255 in the United States District Court for the District of Nebraska, the sentencing court.

DATED at Denver, Colorado, this  21st  day of  October , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02133-BNB

Lawrence Cook
Reg No. 12797-047
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10\21\10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk